BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCING

DATE: APRIL 17, 2017
*TIME IN COURT:   10 MINUTES*

DOCKET NUMBER:   CR 16-643(RJD)

U.S.A.  -v-   ODEBRECHT S.A.
COUNSEL:   William Burck, Eric Little, Daniel Koffman & Richard Smith
(Retained)

AUSA:  JULIA NESTOR & ALIXANDRA SMITH
Department of Justice Counsel: David Last & Christopher Cestaro

COURTREPORTER:  *STACY MACE*

X   CASE CALLED FOR SENTENCING.

X   **DEFENDANT ODEBRECHT S.A.'S ATTORNEY IN FACT, AS LAWFUL AUTHORIZED REPRESENTATIVE OF ODEBRECHTT S.A., *ADRIANO CHAVES JUCA ROLIM* SENTENCED AS FOLLOWS:**
*FINE AS FOLLOWS:*

*CRIMINAL FINE TO BE PAID TO THE UNITED STATES TREASURY IN THE AMOUNT OF $93,000,000.00;*

*PAYMENT OF A PENALTY TO THE GOVERNMENT OF BRAZIL IN THE AMOUNT OF $2,391,000,000.00 PURSUANT TO PARAGRAPH 21(d) OF THE PLEA AGREEMENT OVER THE FULL TERM OF ODEBRECHT'S AGREEMENT WITH BRAZIL;*

*PAYMENT OF A PENALTY TO THE GOVERNMENT OF SWITZERLAND OF $116,000,000.00 PURSUANT TO PARAGRAPH 21(d) OF THE PLEA AGREEMENT OVER THE FULL TERM OF ODEBRECHT'S AGREEMENT WITH SWITZERLAND;*

*RETENTION OF AN INDEPENDENT COMPLIANCE MONITOR, AS SET FORTH IN PARAGRAPHS 30-32 OF THE PLEA AGREEMENT.*

X   **SPECIAL ASSESSMENT IN THE OF $400.00 (pursuant to paragraph 21(e) of the plea agreement).**