# UNITED STATES DISTRICT COURT

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ODEBRECHT S.A. | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number: CR 16-643 (RJD)<br>USM Number: N/A<br>WILLIAM A. BURCK,<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  one(1) of the one count information.

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 371 and 3551 et seq. | Conspiring to violate the Foreign Corrupt Practices Act's Anti-bribery provisions (15 U.S.C. 78dd-3). | 12/31/2016 | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/17/2017
Date of Imposition of Judgment

S/ RJD
Signature of Judge

RAYMOND J. DEARIE     U.S.D.J.
Name and Title of Judge

4/17/2017
Date

DEFENDANT: ODEBRECHT S.A.
CASE NUMBER: CR 16-643 (RJD)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 400.00 | $ | $ 93,000,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ODEBRECHT S.A.
CASE NUMBER: CR 16-643 (RJD)

# ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

CRIMINAL FINE TO BE PAID TO THE UNTIED STATES TREASURY IN THE AMOUNT OF $93,000,000.00;

PAYMENT OF A PENALTY TO THE GOVERNMENT OF BRAZIL IN THE AMOUNT OF $2,391,000,000.00 PURSUANT TO PARAGRAPH 21(d) OF THE PLEA AGREEMENT OVER THE FULL TERM OF ODEBRECHT'S AGREEMENT WITH BRAZIL;

PAYMENT OF A PENALTY TO THE GOVERNMENT OF SWITZERLAND OF $116,000,000.00 PURSUANT TO PARAGRAPH 21(d) OF THE PLEA AGREEMENT OVER THE FULL TERM OF ODEBRECHT'S AGREEMENT WITH SWITZERLAND;

RETENTION OF AN INDEPENDENT COMPLIANCE MONITOR, AS SET FORTH IN PARAGRAPHS 30-32 OF THE PLEA AGREEMENT.

SPECIAL ASSESSMENT IN THE AMOUNT OF $400.00 PURSUANT TO PARAGRAPH 21(e) OF THE PLEA AGREEMENT.