UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket No. CR-16-0643 |
| ODEBRECHT S.A., | (Dearie, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $93,000,400.00, that is, a fine in the amount of $93,000,000.00, plus interest, and a special assessment in the amount of $400.00, on April 17, 2017, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on April 17, 2017; and

WHEREAS, said judgment has been fully paid as to the defendant ODEBRECHT S.A.;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant ODEBRECHT S.A..

Dated:    Brooklyn, New York
            July 26, 2017

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:    /s/
BETH P. SCHWARTZ
Assistant U.S. Attorney
(718) 254-6017